HAVEN P. PAGE, Respondent, *v.* CHARLES H. PAYNE, Appellant.

Argued January 5, 1942; decided February 26, 1942.

772

*Charles J. Herson* for appellant.
*George Gordon Battle* and *Jacob Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.